UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATRINA R. RODRIGUEZ, ON BEHALF OF HERSELF, ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>U.S. HEALTHWORKS, INC., A DELAWARE CORPORATION, et al.,<br><br>Defendants. | Case No. 17-cv-06924-KAW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; REQUIRING STATUS REPORT**<br><br>Re: Dkt. No. 24 |

A further case management conference is scheduled in this case for October 30, 2018. Having reviewed the parties' case management conference statement, the Court CONTINUES the case management conference to December 11, 2018 in Courtroom 4, 3rd floor, 1301 Clay Street, Oakland, CA 94612.

The Court also notes that Plaintiff has yet to dismiss Defendant U.S. HealthWorks Holding Company, Inc., a company that "presently does not exist or operate," but is instead "currently known as Defendant U.S. HealthWorks, Inc." (Dkt. No. 16 at 2 fn.1.) At the initial case management conference, Plaintiff represented that Defendant U.S. HealthWorks Holding Company, Inc. would be dismissed from the case; based on this representation, the Court set trial dates in this case. Because Defendant U.S. HealthWorks Holding Company, Inc. remains in the case, however, the Court lacks consents from all parties in the case. *See Williams v. King*, 875 F.3d 500, 504 (9th Cir. 2017) (". . . any party's objection is sufficient to prevent jurisdiction from vesting in the magistrate judge. Accordingly, jurisdiction cannot vest until the court has received consent from all parties to an action."). Therefore, the Court ORDERS Plaintiff to file a status report by **November 9, 2018**, regarding whether she intends to dismiss Defendant U.S.

HealthWorks Holding Company, Inc. or if the case should be reassigned to a district judge. No status report needs to be filed if a dismissal of this Defendant is filed.

IT IS SO ORDERED.

Dated: October 24, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge