UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATRINA R. RODRIGUEZ, ON BEHALF OF HERSELF, ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>U.S. HEALTHWORKS, INC., A DELAWARE CORPORATION, et al.,<br><br>Defendants. | Case No.17-cv-06924-KAW<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 64 |

On May 17, 2019, the Court granted Defendant's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 17, 2019

KANDIS A. WESTMORE
United States Magistrate Judge