UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATRINA R. RODRIGUEZ, ON BEHALF OF HERSELF, ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>U.S. HEALTHWORKS, INC., A DELAWARE CORPORATION, et al.,<br><br>Defendants. | Case No. 17-cv-06924-KAW<br><br>**ORDER OF REMAND** |

On July 23, 2020, the Ninth Circuit reversed the Court's order denying remand and granting summary judgment for defendants. (Dkt. No. 72.) Pursuant to the Ninth Circuit's instructions to remand the instant action to state court, the Court ORDERS the Clerk to REMAND the case back to the County of Alameda Superior Court, and to close the case on this court's docket.

IT IS SO ORDERED.

Dated: September 3, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge